PARENTS INVOLVED IN COMMUNI-
TY SCHOOLS, a Washington non-
profit corporation, Plaintiff–Counter–
Defendant–Appellant,

v.

SEATTLE SCHOOL DISTRICT, NO. 1,
a political subdivision of the State of
Washington; Joseph Olchefske, in his
official capacity as superintendent;
Barbara Schaad Lamphere, in her of-
ficial capacity Western District as
President of the Board of Washing-
ton, Directors of Seattle Public Se-
attle Schools; Donald Neilson, in his
official capacity as Vice President of
the Board of Directors of Seattle Pub-
lic Schools; Steven Brown; Jan Ku-
masaka; Michael Preston; Nancy
Waldman, in their official capacities
as members of the board of Directors,
Defendants–Counter–Claimants–Ap-
pellees.

No. 01–35450.

United States Court of Appeals,
Ninth Circuit.

Aug. 22, 2007.

Daniel B. Ritter, Esq., Harry James
Franklyn Korrell, III, Esq., Davis Wright
& Tremaine, LLP, Seattle, WA, for Plain-
tiff–Counter–Defendant–Appellant.

Michael F. Madden, Esq., Bennett Bige-
low & Leedom, P.S., Mark S. Green, Esq.,
Seattle Public Schools, Seattle, WA, for
Defendants–Counter–Claimants–Appel-
lees.

Before: MARY M. SCHROEDER,
Chief Circuit Judge, HARRY
PREGERSON, ALEX KOZINSKI,
ANDREW J. KLEINFELD, HAWKINS,
W. FLETCHER, RAYMOND C.
FISHER, RICHARD C. TALLMAN,
JOHNNIE B. RAWLINSON,
CONSUELO M. CALLAHAN and
CARLOS T. BEA, Circuit Judges.

ORDER

This case was remanded to us from the
United States Supreme Court. *See Parents
Involved in Community Schools v. Seattle
School District No. 1,* —— U.S. ——, 127
S.Ct. 2738, 168 L.Ed.2d 508 (2007). In
light of the Supreme Court's decision, we
VACATE our opinion in *Parents Involved
in Community Schools v. Seattle School
Dist. No. 1,* 426 F.3d 1162 (9th Cir.2005)
(en banc), and REMAND to the district
court for further proceedings.